UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CFSP 2024-AHP1 25 CUMMING STREET LLC,

                Plaintiff,

-against-

25 CUMMINGS REALTY LLC, JOEL WIENER,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, and "JOHN DOE" NO. 1
THROUGH "JOHN DOE" NO. 100, the names of
the "John Doe" Defendants being Fictitious and
Unknown to Plaintiff, the Persons and Entities
Intended Being Those Who May Be in Possession
of, or May Have Possessory Liens or Other
Interests in, the Premises Herein Described,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2025
```

25 Civ. 4078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

    SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge