UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 25 CUMMING STREET LLC,

                           Plaintiff,

-v-                                        CIVIL ACTION NO. 25 Civ. 4078 (AT) (SLC)

25 CUMMINGS REALTY LLC, et al.,              **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person oral argument concerning Plaintiff's motion for the appointment of a receiver (ECF No. 19 (the "Motion")) held on August 18, 2025 (the "Hearing"), a telephone conference to discuss the Motion is scheduled for **September 4, 2025, at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The parties shall also order a copy of the Hearing transcript online at https://www.sdreporters.com/ and file it to the docket by **August 27, 2025**.

Dated:     New York, New York
              August 18, 2025                    SO ORDERED.

                                                           **SARAH L. CAVE**
                                                           **United States Magistrate Judge**