UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CFSP 2024-AHP1 25 CUMMING STREET LLC, <br><br> Plaintiff, <br><br> -v- <br><br> 25 CUMMINGS REALTY LLC, et al., <br><br> Defendants. | CIVIL ACTION NO. 25 Civ. 4078 (AT) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference concerning Plaintiff's motion for the appointment of a receiver (Dkt. No. 19 (the "Motion")) held on September 15, 2025 (the "Conference"), the parties shall order a copy of the Conference transcript using the annexed form and file it to the docket by **September 24, 2025**.

Dated: New York, New York
September 15, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).  Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |