UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/29/2025
```

CFSP 2024-AHP1 25 CUMMING STREET LLC,

                Plaintiff,

      -against-

25 CUMMINGS REALTY LLC, JOEL WIENER,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, and "JOHN DOE" NO. 1
THROUGH "JOHN DOE" NO. 100, the names of
the "John Doe" Defendants being Fictitious and
Unknown to Plaintiff, the Persons and Entities
Intended Being Those Who May Be in Possession
of, or May Have Possessory Liens or Other
Interests in, the Premises Herein Described,

                Defendants.

25 Civ. 4078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference previously scheduled for December 29, 2025, at 10:00 a.m. is ADJOURNED *sine die* given: (1) the pending Report and Recommendation from Judge Cave on Plaintiff's motion for an appointment of a receiver, *see* ECF No. 41; and (2) Plaintiff's pending request for leave to file a summary judgment motion, *see* ECF No 47.

      SO ORDERED.

Dated:  December 29, 2025
        New York, New York

                          _____
                            ANALISA TORRES
                       United States District Judge