UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 25 CUMMING STREET LLC,

                Plaintiff,

      -against-

25 CUMMINGS REALTY LLC, JOEL WIENER,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, and "JOHN DOE" NO. 1
THROUGH "JOHN DOE" NO. 100, the names of
the "John Doe" Defendants being Fictitious and
Unknown to Plaintiff, the Persons and Entities
Intended Being Those Who May Be in Possession
of, or May Have Possessory Liens or Other
Interests in, the Premises Herein Described,

                Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __1/2/2026_____ |

25 Civ. 4078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's pre-motion letter requesting leave to file a summary judgment motion. *See* ECF No. 47. By **January 16, 2026**, Plaintiff shall re-file its pre-motion letter, attaching a Rule 56.1 statement, which includes Defendant's responses to Plaintiff's statement of material facts, pursuant to Rules III(C)(ii)–(iii) of the undersigned's Individual Rules and Practices in Civil Cases. Defendants shall file their opposition letter by January 23, 2026.

      SO ORDERED.

Dated: January 2, 2026
      New York, New York

                                    _____
                                        ANALISA TORRES
                                United States District Judge