**ALSTON & BIRD**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/16/2026___

90 Park Avenue
New York, NY  10016
212-210-9400 | Fax: 212-210-9444

Richard J. Galati, Jr.                    Direct Dial:  212-210-9419                    Email:  richard.galati@alston.com

January 15, 2026

**VIA ECF**
The Honorable Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

>        Re: *CFSP 2024-AHP1 25 Cumming Street LLC v. 25 Cummings Realty LLC, et al.*, Case
>        No. 1:25-cv-04078-AT-SLC

Dear Judge Torres:

        Our firm is counsel for Plaintiff CFSP 2024-AHP1 25 Cumming Street LLC ("**Plaintiff**").  We write regarding the Court's January 2, 2026 Order setting deadlines for Plaintiff's pre-motion letter requesting leave to file a summary judgment motion [ECF No. 50] (the "**Order**").  In the Order, the Court directed Plaintiff to re-file its pre-motion letter, together with the statement of material facts required by L. Civ. R. 56.1 and Defendants 25 Cummings Realty LLC and Joel Wiener's (collectively, "**Defendants**") response to Plaintiff's statement of material facts by January 16, 2026.

        This morning, I emailed Defendants' counsel Plaintiff's L. Civ. R. 56.1 statement and one additional document that has not already been filed in this case that provided a basis for some of the statements contained therein.  I asked Defendants' counsel if he would be able to provide a response to Plaintiff's statement by tomorrow's filing deadline and he indicated that he would not be able to because of other commitments he had today and tomorrow.  Because I was unable to draft and provide Plaintiff's statement to Defendants' counsel before this morning, the parties agreed to request a one-week extension from the Court so that Defendants' counsel can review and respond to Plaintiff's Rule 56.1 Statement and provide the response to the undersigned so that it may be filed with Plaintiff's re-submitted pre-motion letter.

        Accordingly, the parties respectfully request that the Court extend the deadlines set forth in its January 2, 2026 Order such that Plaintiff shall file its pre-motion letter, Rule 56.1 statement and Defendants' responses to the Rule 56.1 statement on or before January 23, 2026, and Defendants shall file their letter responding to Plaintiff's pre-motion letter on or before January 30, 2026.  This is the parties' first request for an extension of the deadlines set forth in the Court's January 2, 2026 Order.

LEGAL02/47904591v1

The Honorable Analisa Torres, U.S.D.J.
January 15, 2026
Page 2


   Alternatively, if the Court decides not to grant the parties' requested extension, Plaintiff is prepared to re-file its pre-motion letter along with its Rule 56.1 statement by the January 16, 2026 deadline and will file Defendants' response to the Rule 56.1 statement as soon as Defendants' counsel is able to provide it to the undersigned.

   We thank the Court for its consideration and remain available to address any questions the Court may have.


         Respectfully submitted,

         *Richard J. Galati Jr.*

         Richard J. Galati, Jr.

cc:  All counsel of record (via ECF)


GRANTED.

SO ORDERED.

Dated: January 16, 2026
   New York, New York

         _____
         **ANALISA TORRES**
         **United States District Judge**

LEGAL02/47904591v1