UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 25 CUMMING STREET LLC,

                    Plaintiff,

  -v-

25 CUMMINGS REALTY LLC, et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 4078 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 20, 2025, the undersigned issued a report and recommendation recommending that Plaintiff's motion for an appointment of a receiver be granted. (Dkt. No. 41 (the "R&R").[1]  On February 13, 2026, the Honorable Analisa Torres adopted the R&R, (Dkt. No. 54), and issued the Order Appointing Receiver, which inter alia, appointed Chris Neilson of Trigild IVL, LLC (the "Receiver") as the receiver of Borrower's Assets. (Dkt. No. 55).  The Receiver shall file a letter updating the Court on the status of the Borrower's Assets, including the Property, by **March 19, 2026**, and **every 30 days thereafter**.

Dated:      New York, New York
          February 17, 2026          SO ORDERED.

                                       SARAH L. CAVE
                                    **United States Magistrate Judge**

---

[1] Unless otherwise stated, all capitalized terms shall take the meaning ascribed to them in the Order issued by the Honorable Analisa Torres, dated February 13, 2026.  (Dkt. No. 55 (the "Order Appointing Receiver")).