UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 25 CUMMING STREET LLC,

          Plaintiff,

    -against-

25 CUMMINGS REALTY LLC, JOEL WIENER,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, and "JOHN DOE" NO. 1
THROUGH "JOHN DOE" NO. 100, the names of
the "John Doe" Defendants being Fictitious and
Unknown to Plaintiff, the Persons and Entities
Intended Being Those Who May Be in Possession
of, or May Have Possessory Liens or Other
Interests in, the Premises Herein Described,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/20/2026

25 Civ. 4078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 23, 2026, Plaintiff filed a pre-motion letter concerning a contemplated motion for summary judgment.  *See* ECF No. 53.  Pursuant to Rule III(A)(ii) of the undersigned's Individual Practices in Civil Cases, Defendants' opposition was due within five business days.  That submission is now overdue.  Accordingly, Defendants shall file their opposition by **February 27, 2026**.  The Court shall thereafter set a briefing schedule.

      SO ORDERED.

Dated: February 20, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge