UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 25 CUMMING STREET LLC,

                  Plaintiff,

      -against-

25 CUMMINGS REALTY LLC, JOEL WIENER,
NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD, and "JOHN DOE" NO. 1
THROUGH "JOHN DOE" NO. 100, the names of
the "John Doe" Defendants being Fictitious and
Unknown to Plaintiff, the Persons and Entities
Intended Being Those Who May Be in Possession
of, or May Have Possessory Liens or Other
Interests in, the Premises Herein Described,

                  Defendants.

|  |
| --- |
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  3/3/2026_____ |

25 Civ. 4078 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's pre-motion letter requesting leave to file a summary judgment motion and accompanying 56.1 statements. *See* ECF No. 53. Accordingly:

- By **April 3, 2026**, Plaintiff shall file its motion for summary judgment;
- By **April 24, 2026**, Defendants shall respond;
- By **May 8, 2026**, Plaintiff shall file its reply, if any.


      SO ORDERED.

Dated: March 3, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge