UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 25 CUMMING STREET LLC,

       Plaintiff,

  -v-

25 CUMMINGS REALTY LLC, et al.,

       Defendants.

CIVIL ACTION NO. 25 Civ. 4078 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 20, 2025, the undersigned issued a report and recommendation recommending that Plaintiff's motion for an appointment of a receiver be granted. (Dkt. No. 41 (the "R&R")).[1]  On February 13, 2026, the Honorable Analisa Torres adopted the R&R, (Dkt. No. 54), and issued the Order Appointing Receiver, which inter alia, appointed Chris Neilson of Trigild IVL, LLC (the "Receiver") as the receiver of Borrower's Assets. (Dkt. No. 55).  On February 17, 2026, the Court ordered the Receiver to file a letter (the "Letter") updating the Court on the status of the Borrower's Assets, including the Property, by March 19, 2026, and every 30 days thereafter. (Dkt. No. 60).  On March 19, 2026, the Receiver filed the Letter, which includes 162 pages of court documents, documents related to liability and commercial property insurance, a property takeover summary and property overview, as well as copies of rent roll, aged receivables, aged payables, bank statements, and other financial documents. (Dkt. No. 60).

---

[1] Unless otherwise stated, all capitalized terms shall take the meaning ascribed to them in the Order issued by the Honorable Analisa Torres, dated February 13, 2026. (Dkt. No. 55 (the "Order Appointing Receiver")).

The Court clarifies that by **April 20, 2026**, and **every 30 days thereafter**, (see Dkt. No. 60), the Receiver shall file a letter providing a narrative status of the Borrower's Assets, including the Property, limited to no more than 1,050 words.

Dated:          New York, New York
                March 20, 2026                    SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**

2