

June 22, 2026

The Court thanks Mr. Neilson (the"Receiver") for the status report. (Dkt. No. 80). The Court reminds the Receiver that his next narrative status report of the Borrower's assets, limited to 1,050 words, is due by **July 22, 2026**, and **every 30 days thereafter**.

SO ORDERED.    June 23, 2026

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**

The Honorable Sarah L. Cave, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    *CFSP 2024-AHP1 25 Cumming Street LLC v. 25 Cummings Realty LLC, et al.*, Case No. 1:25-cv-04078-AT-SLC, in the United States District Court for the Southern District of New York

Dear Judge Cave:

In accordance with the Court's Orders entered February 17, 2026 [Dkt. No. 60] and March 20, 2026 [Dkt. No. 61], Chris Neilson, as Court-Appointed Receiver ("**Receiver**"), respectfully submits this status report regarding the apartment complex located at 25/35 Cumming Street, New York, New York 10034 (the "**Property**").

During the May 2026 reporting period, Receiver continued stabilization and operational oversight efforts in coordination with Receiver's property manager, Tri-Hill Management LLC ("**Tri-Hill**"). Receiver remains focused on collections, vacancy resolution, leasing activity, regulatory compliance, deferred maintenance matters, and preservation of the Property.

The Property is a seventy-three-unit multifamily asset. As of May 31, 2026, residential occupancy was 83.6%, with 61 occupied units and 12 vacant units. Occupancy remained generally stable during the reporting period despite continued tenant turnover and collection-related enforcement activity. Two additional units, 4B and 5G, were scheduled to be vacated upon lease expiration at the conclusion of May. Receiver and Tri-Hill continue marketing vacant units and evaluating strategies to improve occupancy.

The May 2026 rent roll reflected gross potential rent of approximately $91,944 compared to aggregate legal rents of approximately $93,024. Revenue continued to be impacted by approximately $4,632 in preferential rent reductions. Total reported accounts receivable as of May 31, 2026, were approximately $136,795, representing a modest improvement from the prior reporting period. Approximately $69,903 in outstanding receivables remain aged greater than ninety days. Receiver and Tri-Hill are working with K&F law firm to address tenant disputes and resolve tenant delinquencies.

Material delinquent accounts include:

- Unit 1A ($26,737.76): majority of balance aged greater than ninety days; collection and enforcement options under review.

- Unit 2K ($20,610.27): significant aged receivable balance; resolution strategies under evaluation.

- Unit 4D ($14,329.16): delinquency remains unresolved and subject to ongoing review.

- Unit 3M ($9,709.71): substantial aged balance requiring continued collection efforts.

- Unit 3N ($7,069.84): delinquent account remains under review for further action.

For May 2026, total operating income was approximately $64,728 while operating expenses totaled approximately $26,337, resulting in net operating income of approximately $38,391. Although operating income declined from the prior reporting period, the Property continued to generate positive operating results while Receiver and Tri-Hill focused on expense management and ongoing stabilization efforts.

Reported cash balances at month-end were as follows:
- Operating Account ($85,631.51)
- Expense Account ($28,814.99)
- Security Deposit Account ($73,499.06)

Receiver and Tri-Hill continued addressing maintenance and operational matters throughout the reporting period. Bids were obtained for renovation of Unit 4K, ranging from approximately $13,785 for limited repairs to approximately $28,000 for a comprehensive renovation. Sidewalk repair work remains pending vendor scheduling and review.

Following completion of an eviction, personal property was removed from Unit 5D, allowing the unit to be returned to leasable condition. Receiver also continues to evaluate intercom repairs and other deferred maintenance items affecting the Property.

Regulatory compliance matters remain ongoing. The Multiple Dwelling Registration filing previously submitted to New York City was rejected and requires correction, re-execution and resubmission. Receiver and Tri-Hill are coordinating completion of the revised filing. In addition, proposals are being obtained for summer boiler maintenance and repairs, including replacement of approximately twenty boiler tubes scheduled for June 2026.

Receiver's near-term priorities remain: (i) leasing vacant units; (ii) collection or resolution of tenant delinquencies; (iii) completion of necessary maintenance, repair and compliance work; (iv) continued review of operational and staffing matters; and (v) preservation and financial stabilization of the Property.

Receiver will continue to update the Court as requested and remains available to address any questions or concerns.

Respectfully submitted,

Chris Neilson

3