UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CFSP 2024-AHP1 25 CUMMING STREET LLC,

Plaintiff,

-v-

25 CUMMINGS REALTY LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 4078 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 81, Chris Neilson of Trigild IVL, LLC (the "Receiver") was required to file a narrative status report of the Borrower's assets, limited to 1,050 words (the "Report"), by July 22, 2026 and every 30 days thereafter. (Dkt. No. 81). To date, the Receiver has not filed the Report. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the Receiver to file the Report to **July 30, 2026** and **every 30 days thereafter**.

Dated: New York, New York
July 23, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**